*State, Respondent, v. Oya, Petitioner*, No. 93830-0. Petition for review of a decision of the Court of Appeals, No. 47136-1-II, October 11, 2016, 196 Wn. App. 1027. *Denied* March 8, 2017.

*State, Respondent, v. Ibrahim, Petitioner. State, Respondent, v. Ali, Petitioner*, No. 93834-2. Petition for review of decisions of the Court of Appeals, Nos. 73413-0-I and 73592-6-I, September 26, 2016, 196 Wn. App. 1007. *Denied* March 8, 2017.

*State, Respondent, v. Townsend, Petitioner*, No. 93839-3. Petition for review of a decision of the Court of Appeals, No. 48127-8-II, October 11, 2016, 196 Wn. App. 1028. *Denied* March 8, 2017.

*State, Petitioner, v. Hummel, Respondent*, No. 93840-7. Petition for review of a decision of the Court of Appeals, No. 72068-6-I, October 17, 2016, 196 Wn. App. 329. *Dismissed* March 8, 2017.

*State, Respondent, v. Whearty, Petitioner*, No. 93843-1. Petition for review of a decision of the Court of Appeals, No. 47489-1-II, October 19, 2016, 196 Wn. App. 1033. *Denied* March 8, 2017.

*Ctr. For Envtl. Law & Policy et al., Petitioners, v. Dep't of Ecology et al., Respondents*, No. 93844-0. Petition for review of a decision of the Court of Appeals, No. 74841-6-I, October 17, 2016, 196 Wn. App. 360. *Denied* March 8, 2017.

*State, Respondent, v. Gorski, Petitioner*, No. 93858-0. Petition for review of a decision of the Court of Appeals, No. 31563-1-III, September 13, 2016, 195 Wn. App. 1063. *Denied* March 8, 2017.

*State, Respondent, v. Novick, Petitioner*, No. 93859-8. Petition for review of a decision of the Court of Appeals, No. 47688-6-II, October 25, 2016, 196 Wn. App. 513. *Denied* March 8, 2017.